```
                        United States Bankruptcy Court
                        Middle District of North Carolina

In re:                                                       Case No. 15-10514-cra
Coralynne Yvette Terry                                       Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0418-2       User: whitesell         Page 1 of 1         Date Rcvd: Jul 14, 2015
                           Form ID: pdf022         Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2015.
db         +Coralynne Yvette Terry,    4207 Butterfield Drive,    Greensboro, NC 27405-8504
cr         +Nationstar Mortgage LLC,   c/o Alison H Wadsworth,    10130 Perimeter Parkway,   Ste.400,
             Charlotte, NC 28216-0034
785445611  +Alamance Regional Medical Center,    1240 Huffman Mill Rd,    Burlington, NC 27215-8700
785445612   Albany County Clerk of Court,    16 Eagle Street,    Albany, NY 12207-1077
785445613  +Albany Medical Center,   PO Box 1189,    Albany, NY 12201-1189
785445614  +Capital Cardiology Associates,    47 New Scotland Ave,    Albany, NY 12208-3412
785445616  +Cone Health,   PO Box 650292,    Dallas, TX 75265-0292
785445617  +Dynamic Recovery Solutions,    135 Interstate Blvd,    Greenville, SC 29615-5720
785445618  +ECMC,   1 Imitation Place,    Saint Paul, MN 55128-3422
785445620  +First Source Advantage,    7650 Magna Drive,    Belleville, IL 62223-3366
785445621  +Firstsource Advantage,    7650 Magna Drive,    Belleville, IL 62223-3366
785445622  +GPA Laboratories,   PO Box 602320,    Charlotte, NC 28260-2320
785445623  +Healthshare Credit Union,    1200 N. Elm Street,    Greensboro, NC 27401-1004
785445625  +Lescoll,   PO Box 2182,    Milwaukee, WI 53201-2182
785445626  +Miller & Meola,   14 Corporate Woods,    Albany, NY 12211-2523
785445628 ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX 75067)
785445629   NCC Business Services, Inc.,    PO Box 24739,    Jacksonville, FL 32241-4739
785445630  +NYS Higher Ed Services,    99 Washington Ave.,    Albany, NY 12210-2822
785445627  +National Grid,   PO Box 11742,    Newark, NJ 07101-4742
785445631  +Overton Russell Doerr,    19 Executive Park,    Clifton Park, NY 12065-5631
785445633   Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
785445615    +E-mail/Text: ering@cbhv.com Jul 14 2015 18:28:17     CB of the Hudson Valley,
              155 North Plank Road,   Newburgh, NY 12550-1748
785445619    +E-mail/Text: bankruptcies@escallate.com Jul 14 2015 18:27:53     Escallatte, LLC,
              5200 Stoneham Road,   North Canton, OH 44720-1584
785445624    +E-mail/Text: bankruptcy@icsystem.com Jul 14 2015 18:28:43     IC Systems Collections,
              PO Box 64378,   Saint Paul, MN 55164-0378
785445632     E-mail/Text: appebnmailbox@sprint.com Jul 14 2015 18:28:18     Sprint,   PO Box 54977,
              Los Angeles, CA 90054
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2015 at the address(es) listed below:
          Alison Haas Wadsworth   on behalf of Creditor   Nationstar Mortgage LLC awadsworth@logs.com
          Charles M. Ivey, III    jlh@imgt-law.com, nc26@ecfcbis.com
          Christopher Decker Lane   on behalf of Debtor Coralynne Yvette Terry cdllaw@juno.com
          William P. Miller    bancm_ecf@ncmba.uscourts.gov
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | |
| Coralynne Yvette Terry, | ) ) ) | Case No. B-15-10514 C-7G |
| Debtor | ) | |

**STATEMENT OF BANKRUPTCY ADMINISTRATOR
PURSUANT TO 11 U.S.C. § 704(b)(2)**

The U.S. Bankruptcy Administrator for the Middle District of North Carolina ("BA"), pursuant to 11 U.S.C. § 704(b)(2), hereby files this statement setting forth the reasons the BA does not consider a motion for dismissal of this chapter 7 case to be appropriate, and respectfully states as follows:

1. Coralynne Yvette Terry ("the Debtor") filed this chapter 7 case on May 13, 2015.

2. As required by 11 U.S.C. § 707(b)(2)(C), the Debtor filed with her petition Official Form B22A ("Form B22A"), which sets forth calculations that determine whether a presumption of abuse arises in the Debtor's case under 11 U.S.C. § 707(b)(2)(A).

3. The Form B22A indicates that the Debtor is below median income for a household size of five and that the presumption of abuse therefore does not arise; however, the BA questioned whether the household size of five on the Debtor's Form B22A was accurate and believed a presumption of abuse might arise based on a lower household size. The BA therefore filed a statement indicating that the presumption of abuse arose on June 16, 2015.

4. 11 U.S.C. § 704(b)(2) requires the BA, within 30 days of the filing of the statement of presumed abuse, to file either a motion to dismiss the Debtor's case or a statement setting forth the reasons the BA does not consider such a motion to be appropriate.

5. Since the filing of the BA's statement of presumed abuse, the Debtor has provided the BA with information that confirms her household size is in fact five. The BA is now satisfied that the Debtor's form B22A was correct as filed and that the case is not presumed to be an abuse of the

provisions of chapter 7; therefore, BA declines to file a motion to dismiss this case pursuant to 11 U.S.C. § 707(b)(2).

This the 14th day of July, 2015.

        WILLIAM P. MILLER
        U.S. BANKRUPTCY ADMINISTRATOR


        By  s/Sarah D. Bruce_____
          Sarah D. Bruce
          State Bar No. 32065
          P.O. Box 1828
          Greensboro, NC   27402
          (336) 358-4174